# Court of Appeals
# of the State of Georgia

ATLANTA,  December 10, 2021

*The Court of Appeals hereby passes the following order:*

## A22A0241. JEROME IBAMBASI v. ENATHA IBAMBASI.

In this domestic relations case, the trial court entered an order on July 14, 2021, finding Jerome Ibambasi in contempt for failing to pay prior attorney fee awards. Ibambasi appealed on August 26, 2021. We lack jurisdiction for two reasons.

First, a notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). Because Ibambasi filed a notice of appeal 43 days after entry of the contempt order, this appeal is untimely.

Second, appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2); accord *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017) (an appeal in a domestic relations case in which custody is not at issue must be brought by discretionary application). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Ibambasi's failure to follow the discretionary appeal procedure thus deprives us of jurisdiction over this direct appeal.

Appellee Enatha Ibambasi has filed a motion to dismiss the appeal. The motion is GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*   *12/10/2021*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*